IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07- 76-UNA |
| ) | |
| WILLIAM EDWARD WILSON, ) | |
| ) | REDACTED |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 4, 2007, in the District of Delaware, William Edward Wilson, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

FILED
JUN - 5 2007
U.S. ... COURT
DISTRICT ... DELAWARE

A TRUE BILL:

Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-5-07