U.S. Department of Justice
*United States Attorneys*

# United States District Court

For the _____ District of Delaware _____

United States of America

v.

William Edward Wilson

Criminal No. 07-76-UNA

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE

*(Under Rule 20)*

I, William Edward Wilson, defendant, have been informed that a n indictment ____ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty ____ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the Eastern ____ District of Virginia ____ in which I am detained ____ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: June 14 _____ 2007 at Alexandria, Va.

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ 6/19/07
United States Attorney for the
Eastern _____ District of
Virginia

Approved

_____ 6/21/07
United States Attorney for the
_____ District of
Delaware

FORM USA-153
(Rev. March 1983)