OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE



PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 12, 2007

Clerk of Court
U.S. District Court
Albert V. Bryan
United States Courthouse
2nd Floor
401 Courthouse Square
Alexandria, VA 22314-5704

      Re: United States v. William Edward Wilson;
          Case no.  CR 07-76-GMS - USDC/DE

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                              Sincerely,

                                              Keith J. Kincaid
                                              Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___7/17/07___.
                                 (date)

_____
Signature

_____
Title (Deputy Clerk)

FILED
JUL 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE